**15 MISC 00105**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------- x
:
In the Matter of :             **STANDING ORDER**
:                              **M10-468**
Closed-Circuit Audio and :
Video Feed of :
Court Proceedings :
:
------------------- x

Closed-circuit audio and video feed of court proceedings may not be broadcast, televised, recorded, or photographed by any method for any purpose.

DATED:  New York, New York
        April 14, 2015

                                    _____
                                    LORETTA A. PRESKA
                                    Chief Judge

g:\elly\orders\standing order – Closed Circuit Audio and Video Feed